IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC<br>      PLAINTIFF,<br><br>   v.<br><br>ALLTEL CORP., ET AL<br><br>      DEFENDANTS. | CIVIL ACTION NO. 2:11-cv-00216-DF -CE<br><br>JURY TRIAL DEMANDED |

## **ORDER**

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant AUDIOVOX COMMUNICATIONS CORP. D/B/A AUDIOVOX pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against AUDIOVOX COMMUNICATIONS CORP. D/B/A AUDIOVOX are DISMISSED without prejudice.

**SIGNED this 6th day of May, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE