IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC<br>      PLAINTIFF,<br><br>v.<br><br>ALLTEL CORP., ET AL<br><br>      DEFENDANTS. | CIVIL ACTION NO. 2:11-cv-00216-DF -CE<br><br>JURY TRIAL DEMANDED |

## **ORDER**

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant LG ELECTRONICS U.S.A., INC. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against LG ELECTRONICS U.S.A., INC. are DISMISSED without prejudice.

**SIGNED this 24th day of May, 2011.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

Case 2:11-cv-00216-DF -CE Document 40 Filed 05/24/11 Page 1 of 1 PageID #: 1131