IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC<br>    PLAINTIFF,<br><br>  v.<br><br>ALLTEL CORP., ET AL<br><br>    DEFENDANTS. | CIVIL ACTION NO. 2:11-cv-00216-DF -CE<br><br>JURY TRIAL DEMANDED |

## **ORDER**

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant ALLTEL CORP. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against ALLTEL CORP. are DISMISSED without prejudice.

**SIGNED this 5th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE