# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC | § § § | Civil Action 2:11-cv-00216-TJW -CE |
| | § | JURY TRIAL DEMANDED |
| v. | § § | |
| ALLTEL CORP., ET AL. | § | |

## **ORDER**

The Court grants the Joint Motion to Substitute, and orders the substitution of Cellco Partnership d/b/a Verizon Wireless in place of Verizon Communications d/b/a Verizon Wireless. Verizon Communications d/b/a Verizon Wireless is hereby dismissed without prejudice, and Cellco Partnership d/b/a Verizon Wireless is hereby added a defendant in this case.

**SIGNED this 5th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE