# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC | § | Civil Action 2:11-cv-00216-TJW -CE |
| | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| ALLTEL CORP., ET AL. | § | |

## ORDER

The Court grants the Unopposed Motion to Substitute, and orders the substitution of Qwest Wireless LLC in place of Qwest Communications Int'l Inc., d/b/a Qwest Wireless. Qwest Communications Int'l Inc., d/b/a Qwest Wireless is hereby dismissed without prejudice, and Qwest Wireless LLC is hereby added a defendant in this case. This substitution does not waive any of Qwest Wireless LLC's rights under the Federal Rules of Civil Procedure or the Local Rules to answer or otherwise respond to Plaintiff's original complaint.

**SIGNED this 11th day of July, 2011.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE