IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALLTEL CORP. *et al*;,<br><br>    Defendants. | Civil Action No. 2:11-cv-00216-DF-CE<br><br>DEFENDANT OTTER PRODUCTS LLC'S STIPULATED MOTION TO WITHDRAW DEFENDANT'S MOTION TO SEVER AND "REVERSE" BIFURCATE (DOCKET NO. 133) |

Defendant Otter Products LLC ("Otter") respectfully submits this Stipulated Motion to Withdraw Defendant's Motion to Sever and "Reverse" Bifurcate (Docket No. 133). On Friday July 22, 2011, Otter filed a motion to sever and "Reverse" Bifurcate. Subsequent to Otter's filing of that Motion, Plaintiff Gellyfish Technologies of Texas LLC ("Gellyfish") and Otter engaged in additional telephonic conferences and now believe that they may be able to resolve the issues raised in that Motion amicably. As such, Otter withdraws that Motion (Docket No. 133) but reserves the right to re-file same. Gellyfish stipulates to Otter's withdrawal of said Motion.

DATED: July 25, 2011

Respectfully submitted,

TURNER BOYD LLP

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin
CA Bar No. 246066
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Email: lamkin@turnerboyd.com

        Telephone:   (650) 529-4752
        Facsimile:   (650) 521-5931

*Attorneys for Otter Products, LLC, d/b/a OtterBox*

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of July 2011.

        */s/ Rachael D. Lamkin*_____
        Rachael D. Lamkin

### Certificates of Conference

On July 22, 2011 and July 25, 2011, the above-signed counsel for Defendant Otter Products LLC and William E. Davis III, counsel for Plaintiff Gellyfish Technologies of Texas LLC, engaged in telephonic discussions regarding Defendant's Motion to Sever and "Reverse" Bifurcate. Both Parties and their counsel believe the issues raised in that Motion can be settled between the Parties. Therefore, Defendant agreed to withdraw the Motion.

        */s/ Rachael D. Lamkin*_____
        Rachael D. Lamkin

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLTEL CORP. *et al*;,<br><br>　　　　Defendants. | Civil Action No. 2:11-cv-00216-DF-CE<br><br>JURY TRIAL DEMANDED |

**[Proposed] ORDER**

Defendant Otter Products LLC's Motion to Withdraw its Motion to Sever and "Reverse" Bifurcate (Docket No. 133) is GRANTED.  Defendants Otter Products LLC may re-file that Motion should Plaintiff and Defendant Otter Products LLC fail to resolve the issues contained in that Motion amicably.