IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

GELLYFISH TECHNOLOGY OF TEXAS,  LLC

    v.

ALLTEL CORP., ET AL.

NO. 2:11-cv-00216-DF -CE

JURY TRIAL DEMANDED

## PLAINTIFF'S ANSWER TO HP'S COUNTERCLAIMS

Plaintiff Gellyfish Technology of Texas LLC ("Gellyfish") answers the counterclaims of

Defendant Hewlett-Packard Corp. ("HP") (Dkt. No. 107) by corresponding paragraph number as

follows:

1-2.    Admitted.

3.    Admitted as to subject matter jurisdiction counterclaims.  Denied as to merits of

counterclaims.

4.    Admitted that venue is proper.  Denied there is a more proper or convenient venue

for this action.

5-6.    Admitted.

7.    Admitted that a case or controversy exists for the purposes of subject matter

jurisdiction, but denied as to the merits of HP's counterclaims.

8.    Gellyfish incorporates its answers to paragraphs 1-7 above.

9-10.  Denied.

11.    Gellyfish incorporates its answers to paragraphs 1-10 above.

12-13.  Denied.

14.    To the extent necessary, Gellyfish denies that HP is entitled to the relief requested

in its prayer for relief.  In addition, to the extent necessary, Gellyfish generally denies any

allegation in the counterclaims not specifically admitted above, and Gellyfish re-alleges infringement, enforceability, validity and damages, and denies any allegations in the counterclaim adverse to same.

PRAYER FOR RELIEF

WHEREFORE, Gellyfish respectfully requests that this Court enter judgment denying and dismissing HP's counterclaims, and that the Court enter judgment in favor of Gellyfish as requested in Gellyfish's complaint, as amended or supplemented.

July 27, 2011                                      Respectfully submitted,

                                                  GELLYFISH TECHNOLOGY OF TEXAS
                                                  LLC

                                                  By: //s/ *John J. Edmonds*
                                                  John J. Edmonds – Lead Counsel
                                                  Texas Bar No. 789758
                                                  Stephen F. Schlather
                                                  Texas Bar No. 24007993
                                                  COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                  1616 S. Voss Road, Suite 125
                                                  Houston, Texas 77057
                                                  Telephone: (281) 501-3425
                                                  Facsimile: (832) 415-2535
                                                  jedmonds@cepiplaw.com
                                                  sschlather@cepiplaw.com

                                                  William E. Davis, III
                                                  Texas Bar No. 24047416
                                                  THE DAVIS FIRM P.C.
                                                  111 W. Tyler St.
                                                  Longview, TX 75601
                                                  Telephone: (903) 230-9090
                                                  Facsimile: (903) 230-9661
                                                  bdavis@bdavisfirm.com

                                                  ATTORNEYS FOR PLAINTIFF
                                                  GELLYFISH TECHNOLOGY OF TEXAS
                                                  LLC

2

3

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

July 27, 2011                                         /s/ *John J. Edmonds*
                                                      John J. Edmonds