IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

GELLYFISH TECHNOLOGY OF TEXAS, LLC,

    Plaintiff,

v.

ALLTEL CORP., et. al.,

    Defendants.

    /

Civil Action No.: 2:11-cv-216-DF

Jury Demand

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, UT Starcom, Inc., ("UT Starcom"), by and through undersigned counsel, discloses the following:

1. The identity of any parent corporation owning 10% or more of its stock:

    The parent company of UTStarcom, Inc., is UTStarcom Holdings Corp, a Cayman Islands Company, which is a Foreign Private Issuer trading on the NASDAQ.

2. The identity of any publicly held corporation owning 10% or more of its stock:

    UTStarcom Holdings Corp.

    Respectfully submitted,

    By: /s/ Jerold I. Schneider
        Jerold I. Schneider
        jischneider@arnstein.com
        ARNSTEIN & LEHR LLP
        515 North Flagler Drive, Suite 600
        West Palm Beach, FL 33401
        Telephone: 561-833-9800
        Facsimile:  561-655-5551

        **ATTORNEY FOR DEFENDANT, UT STARCOM, INC.**

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that all counsel of record who have consented to electronic service and are being served with a copy of this document via Court's CM/ECF system per Local Rule CV 5(a)(3) on August 1, 2011.  Any other counsel record will be served by First Class U.S. Mail on this same date.

                                                 By: /s/ Jerold I. Schneider
                                                    Jerold I. Schneider