IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALLTEL CORP, ET AL.,<br><br>    Defendants. | Civil Action No.:2:11-cv-216-DF<br><br>Jury Demand |

## ORDER

The Court grants the Unopposed Motion to Substitute, and orders the substitution of Sprint Spectrum L.P. in place of Sprint Nextel Corporation d/b/a Sprint. Sprint Nextel Corporation d/b/a Sprint is hereby dismissed without prejudice, and Sprint Spectrum L.P. is hereby added a defendant in this case.

**SIGNED this 5th day of August, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE