IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC | |
| v. | NO. 2:11-cv-216-DF -CE |
| ALLTEL CORP., ET AL. | JURY |

**ORDER**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims asserted between Gellyfish Technology of Texas, LLC and defendant Otter Products, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Gellyfish Technology of Texas, LLC and defendant Otter Products, LLC are hereby dismissed without prejudice.

It is further ORDERED that all costs, expenses and attorneys fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 22nd day of August, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE