IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC<br>    PLAINTIFF,<br><br>  v.<br><br>ALLTEL CORP., ET AL<br><br>    DEFENDANTS. | CIVIL ACTION NO. 2:11-cv-00216-DF -CE<br><br>JURY TRIAL DEMANDED |

### ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant LG ELECTRONICS MOBILECOMM U.S.A., INC. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against LG ELECTRONICS MOBILECOMM U.S.A., INC. are DISMISSED without prejudice.

**SIGNED** this 30th day of August, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE