# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC<br>    PLAINTIFF,<br><br>v.<br><br>ALLTEL CORP., ET AL<br><br>    DEFENDANTS. | CIVIL ACTION NO. 2:11-cv-00216-DF -CE<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff, Gellyfish Technology of Texas, LLC and defendant AT&T MOBILITY, LLC F/K/A CINGULAR in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Gellyfish Technology of Texas, LLC, and defendant AT&T MOBILITY, LLC F/K/A CINGULAR are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 2nd day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE