IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GELLYFISH TECHNOLOGY OF TEXAS, LLC <br><br> PLAINTIFF, <br><br> v. <br><br> ALLTEL CORP., ET AL <br><br> DEFENDANTS. | CIVIL ACTION NO. 2:11-cv-00216-DF -CE <br><br> JURY TRIAL DEMANDED |

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Gellyfish Technology of Texas, LLC and defendant SAMSUNG ELECTRONICS CO., LTD. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Gellyfish Technology of Texas, LLC, and defendant SAMSUNG ELECTRONICS CO., LTD. are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 8th day of September, 2011.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE